BEFORE THE SECOND DIVISION, OCTOBER 31, 1952

**No. 56923.**—Walter Baumgartner Cheese Supply Store and Rohner, Gehrig & Co., Inc. *v.* United States, protest 163907–K (New York).

Opinion by FORD, J. The record showed that certain items of the merchandise consist of cheesecloth, similar in all material respects to that the subject of *Davies, Turner & Company* v. *United States* (39 C. C. P. A. 76, C. A. D. 466). Upon the established facts and following the cited authority, the claim of the plaintiffs was sustained.